Terri Wood, OSB #88332
Law Office of Terri Wood, P.C.
730 Van Buren Street
Eugene, Oregon 97402
541-484-4171
Fax: 485-5923
Email: twood@callatg.com

Richard L. Fredericks, OSB #832034
750 Lawrence Street
Eugene, Oregon 97401
541-343-6118
Fax: 683-9240
Email: rlfred@comcast.net

Attorneys for Stanislas Meyerhoff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case Nos. CR-06-60078-01-AA |
| | CR-06-60122-02-AA |
| -VS- | |
| STANISLAS GREGORY MEYERHOFF, | MR. MEYERHOFF'S MEMORANDUM |
| | IN MITIGATION OF SENTENCE |
| Defendant | |

Counsel for Stanislas Meyerhoff respectfully submit the following memorandum in mitigation of sentence, reserving the right to file supplemental memoranda as needed to respond to the Government's sentencing memorandum and the final Presentence Report. Endnotes are found at the conclusion of this memorandum.

1